

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00501-CV

Cecilia A. **SANCHEZ**,
Appellant

v.

Vicky Brigida **ESQUIVEL** & Javier Esquivel,
Appellees

From the Justice Court, Pct. 1, Place 1, Val Verde County, Texas
Trial Court No. SC18-009
Honorable Jim Bob Barrera Senior, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice

Delivered and Filed:  August 22, 2018

DISMISSED FOR LACK OF JURISDICTION

Appellant filed a notice of appeal in this court seeking to appeal a judgment entered by a justice court.  Because this court does not have jurisdiction to consider a direct appeal from a justice court, appellant was ordered to show cause in writing by August 9, 2018, why this appeal should be not be dismissed for lack of jurisdiction.  *See* TEX. R. CIV. P. 506 (providing for appeal to county court).  Appellant did not respond to our order.  Because this court does not have jurisdiction to consider this appeal, the appeal is dismissed for lack of jurisdiction.

PER CURIAM